FRANCIS H. LALOR

*v.*

JOHN SCANLON.

NEW TRIAL—*verdict against the evidence.* Where the verdict is not clearly against the weight of evidence, the judgment will not be disturbed.

APPEAL from the Circuit Court of Cook county ; the Hon. ERASTUS S. WILLIAMS, Judge, presiding.

This was an action of forcible entry and detainer, brought by Scanlon against Lalor, to recover possession of a dwelling house, on default of payment of rent. Scanlon claimed that the rental was payable monthly, in advance. Lalor claimed that the lease was for an unexpired term, and therefore not yet due and payable. There were a verdict and judgment for the plaintiff, and the defendant brings the record to this court and asks that the judgment be reversed, on the ground that the verdict was against the weight of evidence.

Mr. JOHN MASON and Mr. DANIEL SCULLY, for the appellant.

Mr. M. W. FULLER, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court :

This was an action of forcible entry and detainer, in which the plaintiff below obtained a verdict and judgment. It is insisted by the appellant that the evidence did not show a letting from month to month, or that any rent was due and unpaid. Both parties were sworn, and their evidence on these points was in direct conflict. The case was submitted to a jury on instructions. No exceptions were taken to those given for the plaintiff, and none asked by the defendant were refused. The precise points at issue were clearly left to the jury, and there is nothing in this record upon which we can set aside the verdict. It cannot be said that it is clearly against the evidence.

*Judgment affirmed.*